— Judgment and order affirmed, with costs. All concur. (The judgment is for defendant in an action to recover double indemnity on two life insurance policies. The order denies motion for a new trial on the minutes.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE H. MUSCATO, Appellant.— Judgment of conviction affirmed. All concur, except Cunningham, J., who dissents and votes for reversal on the law and the facts and a new trial. (The judgment convicts defendant of the crime of assault, second degree.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

ELLEN NERBER, Appellant, v. MILDRED A. VAN DUSEN, Respondent.— Judgment affirmed, without costs on this appeal to either party. All concur. (The judgment dismisses the complaint on the merits in an action to set aside a deed on the ground of fraud and misrepresentation.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

JOHN DELISI, Respondent, v. JOHN ROTONDO, Appellant, Impleaded with Another. (Action No. 1.) — Judgments affirmed, with costs. All concur. (The judgment affirms a judgment of Syracuse Municipal Court in an action to recover for money loaned.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

JOHN DELISI, Respondent, v. JOHN ROTONDO, Appellant. (Action No. 2.) — Judgments affirmed, with costs. All concur. (The judgment affirms a judgment of the Syracuse Municipal Court in an action to recover the proceeds of pension checks.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

ROBERT S. JACKSON, JR., Respondent, v. RICHARD ALBRIGHT, Respondent; ROBERT S. JACKSON, JR., Respondent, v. HELEN ALBRIGHT, Respondent; HELEN ALBRIGHT, Respondent, v. ROBERT S. JACKSON, JR., Respondent; RICHARD ALBRIGHT, Respondent, v. ROBERT S. JACKSON, JR., Respondent; ROY CODY, Appellant, v. RICHARD ALBRIGHT and ROBERT JACKSON, Respondents; KENNETH D. MACKENZIE, Appellant, v. RICHARD ALBRIGHT and ROBERT JACKSON, Respondents.— Order modified by providing that the right to open and close shall first be accorded to plaintiffs Cody and Mackenzie and subject to such right, shall be accorded to the plaintiff Robert S. Jackson, and as modified affirmed, without costs on this appeal to any party. All concur. (The order grants motion for consolidation of six actions brought to recover damages sustained in an automobile accident.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

ANN HIND SCALA, Respondent, v. SCALA PACKING COMPANY, INCORPORATED, Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment awards plaintiff damages in an action to recover upon a contract for the payment of money. The order denies motion for a new trial on the minutes.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

LAWRENCE C. FORBES, Respondent, v. JAMES O'BRIEN, Appellant.— Judgment and orders affirmed, with costs. All concur. (The judgment awards plaintiff damages for loss of services of son injured in an automobile accident. The orders deny motions for a new trial on the minutes.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

LAWRENCE J. FORBES, an Infant, by LAWRENCE FORBES, His Guardian ad Litem, Respondent, v. JAMES O'BRIEN, Appellant.— Judgment and orders affirmed, with costs. All concur. (The judgment awards plaintiff damages for personal injuries